UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA THEODORE, MICHAEL BURKE, GEORGE ALEXANDROPOLOUS, GERTRUDE KOWAL, STEVEN CHOUINARD, NANCY TREHUB, GUN OWNERS' ACTION LEAGUE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA CAMPBELL, in her OFFICIAL CAPACITY as ATTORNEY GENERAL of the COMMONWEALTH OF MASSACHUSETTS and JOHN E. MAWN, in his OFFICIAL CAPACITY as COLONEL of the MASSACHUSETTS STATE POLICE, <br><br> Defendants. | CIVIL ACTION <br> NO. 24-11985-MJJ |

## ASSENTED-TO MOTION BY DEFENDANTS FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendants Andrea Campbell and John E. Mawn, Jr., respectfully request that this Court extend the time to answer or otherwise respond to the complaint until **October 7, 2024**. Plaintiffs assented to this motion via email on August 9, 2024. As further grounds for this motion, Defendants state as follows:

1. On July 25, 2024, Governor Healey approved legislation that, among other things, amends the training requirements for License to Carry Firearms applicants. See St. 2024, c. 135, § 74. On August 1, 2024, Plaintiffs filed their complaint challenging certain aspects of these new requirements. ECF No. 1.

2. Plaintiffs served the complaint by process server on Defendants on August 7, 2024. Although Defendants do not concede that this manner of service satisfies the requirements

of Fed. R. Civ. P. 4, in the First Circuit, state officials sued in their official capacity must be served in accordance with the rule governing service upon individuals, Fed. R. Civ. P. 4(e). Caisse v. Dubois, 346 F.3d 213, 216-17 (1st Cir. 2003). Individuals subject to service under Rule 4(e) are also subject to the waiver-of-service rule found at Fed. R. Civ. P. 4(d). See id. R. 4(d)(1). Individuals who waive formal service of process are not required to respond to the complaint until 60 days after a request to waive service is made. Id. R. 4(d)(3). Here, the parties agreed by e-mail on August 8, 2024, that they would treat Plaintiffs as having made a request to waive service on that date, with Defendants not being required to respond to the complaint until 60 days later, or by October 7, 2024.

3.      Moreover, the Commonwealth is working to implement the requirements of the new law, the relevant part of which does not currently go into effect until October 23, 2024 (i.e., 90 days after it was signed into law). See Mass. Const. art. 48, The Referendum, I. It is likely that further guidance regarding the law between now and then will clarify, if not narrow, the dispute between the parties. Defendants therefore request, and Plaintiffs assent to, an extension of time to respond to the Complaint, to incorporate any such developments into Defendants' response, in order to focus the dispute and potentially conserve the resources of the Court and the parties.

4.      Plaintiffs assented to this motion via email on August 9, 2024.

WHEREFORE, Defendants respectfully request that this Court extend its time to file an answer to Plaintiffs' Complaint to and including **October 7, 2024**.

                        Respectfully submitted,

                        ANDREA JOY CAMPBELL
                        ATTORNEY GENERAL

                        */s/ Erin E. Fowler*
                        Timothy J. Casey, BBO #650913
                        Erin E. Fowler, BBO #707188
                        *Assistant Attorneys General*
                        Office of the Attorney General
                        Government Bureau
                        One Ashburton Place
                        Boston, MA 02108-1698
                        Timothy.Casey@mass.gov
                        Erin.E.Fowler@mass.gov
                        (617) 963-2043

Dated: August 21, 2024

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on August 9, 2024, Defendants' counsel conferred with counsel for the Plaintiffs, John Parker Sweeney, Esq., by email and attempted in good faith to resolve or narrow the issues in dispute. As a result of that conference, counsel for Plaintiffs assented to this motion.

*/s/ Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General

Dated: August 21, 2024

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants and that copies will be sent to non-registered participants by email on August 21, 2024.

/s/ *Erin E. Fowler*
Erin E. Fowler
Assistant Attorney General

Dated: August 21, 2024