UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA THEODORE, MICHAEL BURKE, GEORGE ALEXANDROPOLOUS, GERTRUDE KOWAL, STEVEN CHOUINARD, NANCY TREHUB, GUN OWNERS' ACTION LEAGUE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREA CAMPBELL, in her official capacity as ATTORNEY GENERAL of the COMMONWEALTH OF MASSACHUSETTS; and GEOFFREY NOBLE,[1] in his official capacity as COLONEL of the MASSACHUSETTS STATE POLICE, <br><br> Defendants. | CIVIL ACTION NO. 24-11985-MJJ |

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO DISMISS COMPLAINT**

The parties to this case hereby jointly move for an order from this Court setting a briefing schedule for a motion to dismiss the Complaint to be filed by the Defendants under Fed. R. Civ. P. 12.

As grounds for this motion, the parties state as follows:

1. Counsel for the Defendants, after determining that they would likely file a motion to dismiss in this case, held a videoconference with counsel for Plaintiffs on Monday, October 28, to satisfy the conference requirement of this Court's Local Rule 7.1(a)(2). During the conference, the parties conferred in an effort to narrow or resolve the issues to be presented in Defendants'

---

[1] Geoffrey Noble has replaced John E. Mawn as Colonel of the Massachusetts State Police, so his name is automatically substituted in the caption in accordance with Fed. R. Civ. P. 25(d).

1

motion. Despite good-faith efforts by both sides, the parties were unable to narrow or resolve the bases for Defendants' proposed motion to dismiss.

    2.    The parties were, however, able to agree upon a briefing schedule to propose to this Court. The parties therefore propose the following agreed-upon schedule for the briefing of Defendants' motion to dismiss:

    a.    Defendants will file their motion to dismiss and supporting memorandum by **Tuesday, November 26, 2024**.

    b.    Plaintiffs will file their opposition to Defendants' motion to dismiss by **Friday, December 20, 2024**.

    c.    Should Defendants desire to file a reply brief in support of their motion to dismiss, they will seek leave of Court in accordance with this Court's Local Rule 7.1(b)(3).

    d.    The Court may schedule a hearing on Defendants' motion to dismiss on a date after briefing on the motion is complete, at the Court's convenience.

WHEREFORE, the parties respectfully request that this Court set the briefing schedule proposed above for the briefing of Defendants' motion to dismiss.

Respectfully submitted,

| | |
|---|---|
| */s/  Timothy J. Casey                         /* | */s/ Christopher R. Howe                              /* |
| Timothy J. Casey (BBO #650913) | James M. Campbell (BBO #541882) |
| Erin E. Fowler (BBO #707188) | Christoper R. Howe (BBO #652445) |
| Assistant Attorneys General | Campbell Conroy & O'Neil, P.C. |
| Massachusetts Attorney General's Office | 20 City Square, Suite 300 |
| One Ashburton Place | Boston, MA 02129 |
| Boston, MA 02108 | (617) 241-3000 |
| (617) 727-7000 | jmcampbell@campbell-trial-lawyers.com |
| Timothy.Casey@mass.gov | chowe@campbell-trial-lawyers.com |
| Erin.E.Fowler@mass.gov | |
| | John Parker Sweeney |
| Counsel for Defendants |    (*pro hac vice* application granted) |
| | Bradley Arant Boult Cummings LLP |
| | 1615 L Street N.W., Suite 1350 |
| | Washington, D.C. 20036 |
| | (202) 719-8216 |
| | jsweeney@bradley.com |
| | |
| | James W. Porter, III |
| | William Chadwick Lamar, Jr. |
| |    (*pro hac vice* applications granted) |
| | Bradley Arant Boult Cummings LLP |
| | 1819 5th Avenue N. |
| | Birmingham, AL 35203 |
| | (205) 521-8285 |
| | jporter@bradley.com |
| | clamar@bradley.com |
| | |
| | Counsel for Plaintiffs |
| November 1, 2024 | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I certify that on October 28, 2024, I conferred with counsel for the Plaintiffs by videoconference in good faith to resolve or narrow the issues in dispute. As a result of those discussions, counsel for Plaintiffs agreed to file the above motion as a joint motion.

*/s/ Timothy J. Casey*
Timothy J. Casey
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants and that copies will be sent to non-registered participants by email on November 1, 2024.

*/s/ Timothy J. Casey*
Timothy J. Casey
Assistant Attorney General
